**Donald STANLEY, Petitioner–Appellant,**

v.

**Page TRUE, Warden, Respondent–Appellee.**

**No. 01–6927.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

Donald Stanley, pro se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Donald Stanley seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appeala-

bility and dismiss the appeal on the reasoning of the district court. *See Stanley v. True,* No. CA–01–230–7 (W.D.Va. May 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*